MOED-0001        DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

PENNY GIBSON, as Administrator of the )
Estate of BRENDA DODGE, )
)
  Plaintiff, )
)
  vs. )  Case No. 4:25-cv-01876
)
CROWN OPERATOR, LLC, et al., )
)
)
  Defendants. )

**Disclosure Statement**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about
 AMA Holdings LLC                                            :

1.    If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a.    Whether it is publicly traded, and if it is, on which exchange(s):

    No

b.    Its parent companies or corporations (if none, state "none"):

    None

c.    Subsidiaries that are not wholly owned by the subject (if none, state "none"):

    None

d.    Any publicly held company or corporation that owns  five percent (5%) or more of the subject's stock (if none, state "none"):

    None

2.    If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Defendant is incorporated in New Jersey.  Defendant's principal place of business is in New Jersey. Member, Asher Marx, is a citizen of the state of New Jersey.  Member, Abigail Marx, is a citizen of the state of New Jersey.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001            DISCLOSURE STATEMENT

3.      If the subject is an organizational victim in a criminal case,

a.      The victim's identity _____

b.      If the victim is a corporation,

      1.    Whether it is publicly traded, and if it is, on which exchange(s):

      2.    Its parent companies or corporations (if none, state "none"):

      3.    Subsidiaries that are not wholly owned by the subject (if none, state "none"):

      4.    Any publicly held company or corporation that owns  five percent (5%) or
         more of the subject's stock (if none, state "none"):

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event.  E.D.Mo. L.R. 2.09(A)(2) and (B)(2);  Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

        /s/Mark A. Grilliot_____
        Signature (Counsel for Defendant)
        Print Name:  Mark A. Grilliot_____
        Address:  9326 Olive Blvd, Suite 200_____
        City/State/Zip:  St. Louis, MO 63132_____
        Phone:  (314) 726-2310_____

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: February 27, 2026.

        /s/ Mark A. Grilliot_____
        Signature