MOED-0001          DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| PENNY GIBSON, as Administrator of the Estate of BRENDA DODGE, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:25-cv-01876 |
| CROWN OPERATOR, LLC, et al., | ) ) ) |
| )Defendants. | ) |

**Disclosure Statement**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about
 Crown Operator, LLC                                            :

1.    If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a.    Whether it is publicly traded, and if it is, on which exchange(s):

No

b.    Its parent companies or corporations (if none, state "none"):

See below

c.    Subsidiaries that are not wholly owned by the subject (if none, state "none"):

None

d.    Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

None

2.    If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Defendant is incorporated in Missouri.  Defendant's principal place of business is in Missouri.  Defendant's Members are MO Operation Holdings DE SPE LLC and One Community Hospice LLC.  MO Operation Holdings DE SPE LLC is incorporated in Delaware.  One Community Hospice LLC is incorporated in Missouri.

MO Operation Holdings DE SPE LLC's Members are AMA Holdings LLC and DEF Holdings LLC.

AMA Holdings LLC is incorporated in New Jersey.  AMA Holdings LLC's principal place of business is in New Jersey.  AMA Holdings LLC's Members are Asher Marx and Abigail B. Marx.  Asher Marx's citizenship is in New Jersey.  Abigail B. Marx's citizenship is in New Jersey.

DEF Holdings LLC is incorporated in New Jersey.  DEF Holdings LLC's Members are Jacques Wolf and Esther Wolf.  Jacques Wolf's citizenship is in New Jersey.  Esther Wolf's citizenship is in New Jersey.

One Community Hospice LLC's Members are AMA Holdings LLC and DEF Holdings LLC, see citizenship above.

MOED-0001            DISCLOSURE STATEMENT

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

3.      If the subject is an organizational victim in a criminal case,

a.      The victim's identity _____

b.      If the victim is a corporation,

1.  Whether it is publicly traded, and if it is, on which exchange(s):

2.  Its parent companies or corporations (if none, state "none"):

3.  Subsidiaries that are not wholly owned by the subject (if none, state "none"):

4.  Any publicly held company or corporation that owns  five percent (5%) or more of the subject's stock (if none, state "none"):

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event.  E.D.Mo. L.R. 2.09(A)(2) and (B)(2);  Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

   /s/Mark A. Grilliot                              
Signature (Counsel for Defendant)
Print Name:  Mark A. Grilliot                
Address:  9326 Olive Blvd, Suite 200            
City/State/Zip:  St. Louis, MO 63132          
Phone:  (314) 726-2310                      

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: February 27, 2026.

   /s/ Mark A. Grilliot                            
Signature